IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MORE MARRONE, | : | |
|     Plaintiff, | : | 20-cv-4405-JMY |
| | : | |
| vs. | : | |
| | : | |
| GEICO INSURANCE COMPANY, | : | |
|     Defendant. | : | |

## **ORDER**

**AND NOW**, this 29th day of June, 2021, upon consideration of the Motion for Partial Summary Judgment (ECF No. 14) filed by the Plaintiff, it is hereby ORDERED and DECREED that said motion shall be **DENIED**.

                                                BY THE COURT:

                                                /s/ John Milton Younge
                                                Judge John Milton Younge